UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RICHARDSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS, INC. et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 23cv2151-L-JLB<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE**<br><br>[ECF No. 6] |

Pending before the Court in this putative consumer class action is Defendants' motion to transfer venue pursuant to 28 U.S.C. 1401(a) to the Northern District of California, where a parallel putative consumer class action has been pending since September 14, 2022. *Matsuko v. Tesla, Inc.,* U.S. Dist. Ct. N. Dist. Cal. case no. 3:22cv05240-RFL. (*See* ECF No. 6.) Plaintiff, represented by counsel, has not filed an opposition. The time to oppose has elapsed. *See* Civ. Local R. 7.1(e)(2). Because it is unclear whether Plaintiff's counsel is a registered user of the Court's CM/ECF system, Defendant served its motion and subsequent notice of non-opposition by mailing the documents to Plaintiff's counsel by first class U.S. mail on December 21, 2023. (ECF No. 8.) To date, Plaintiff has not filed an opposition. Based on the foregoing, Defendant's motion is granted as unopposed. *See* Civ. Loc. Rule 7.1(f)(3)(c); *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995).

Accordingly, it is ordered as follows:

1. This action is transferred to the United States District Court for the Northern District of California.

2. Because it is unclear whether Plaintiff's counsel is a registered user on the Court's CM/ECF system, the Clerk is ordered to serve this Order by first class U.S. Mail.

**IT IS SO ORDERED.**

Dated: January 8, 2024

_____
Hon. M. James Lorenz
United States District Judge