David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOEL RICHARDSON,<br><br>           Plaintiff,<br><br>      v.<br><br>TESLA, INC., DBA TESLA MOTORS, INC., TESLA LEASE TRUST, TESLA FINANCE LLC, and DOES 1-100, inclusive,<br>           Defendants. | Case No. 3:24-cv-00209-RFL<br><br>**CERTIFICATE OF SERVICE**<br><br>Hon. Rita F. Lin |

# CERTIFICATE OF SERVICE

I, Beeta Ahmadi, declare that I am over the age of eighteen years and not a party to this action. I am a law clerk with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2400, Los Angeles, CA 90071. On February 21, 2024, I caused to be served the aforementioned documents described as:

- **DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S ADR CERTIFICATION BY PARTIES AND COUNSEL**

__X__ By placing the document(s) listed above in a sealed envelope with postage prepaid, via First Class Mail, in the United States mail to the address set forth below.

Benjamin M. Brees, Esq. (CSB #148020)
Law Offices of Benjamin Michael Brees
3033 5th Avenue, Suite 201
San Diego, California 92103
Telephone: (619) 236-8355
Fax: (619) 374-7056

*Attorneys for Plaintiff and
the Proposed Class*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 21st day of February 2024.

By: /s/ Beeta Ahmadi

Beeta Ahmadi

CASE NO.: 3:24-CV-00209-RFL

- 1 -

COS