UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RICHARDSON, | Case No. 24-cv-00209-RFL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| TESLA INC., et al., | |
| Defendants. | |

A joint case management statement was due in this action on May 29, 2024, and a case management conference was scheduled for June 5, 2024, at 10:00 a.m.  (Dkt. No. 26.)  On May 29, Defendants filed a case management statement and corresponding declaration.  (Dkt. No. 27.) Defendants' counsel represented that Plaintiff prepared a draft case management statement on May 8 and that, despite at least two attempts, they have since been unable to reach Plaintiff's counsel.  (Dkt. No. 27-1.)  Without leave of Court or notice to any of the parties, Plaintiff's counsel also failed to appear at the case management conference on June 5 in violation of the Court's Standing Order and Civil Local Rule 16-10(a).  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, by **June 12, 2024**, explaining (1) why Plaintiff did not submit a joint case management statement, (2) why Plaintiff's counsel was absent from the case management conference, and (3) why this case should not be dismissed for failure to prosecute. **Failure to comply with this order may result in the dismissal of this action without further notice.**  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: June 5, 2024

RITA F. LIN
United States District Judge