David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RICHARDSON,<br><br>                    Plaintiff,<br><br>       v.<br><br>TESLA, INC., DBA TESLA MOTORS, INC., TESLA LEASE TRUST, TESLA FINANCE LLC, and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No. 3:24-cv-00209-RFL<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS TESLA INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Hon. Rita F. Lin<br>Courtroom 15 – 18th Floor |

CASE NO.: 3:24-CV-00209-RFL                                              [~~PROPOSED~~] ORDER

- 1 -

- 2 -

1   The Court, having considered Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance
2   LLC's Administrative Motion to Extend Time to Respond to the Complaint, hereby GRANTS the
3   motion, and extends Defendants' time to answer or otherwise respond to the Complaint until 21
4   days after the Court resolves Tesla's pending Motion to Compel Arbitration and Stay Pending
5   Arbitration (ECF Nos. 29–33).

Dated:  June 18, 2024

_____
Honorable Rita F. Lin
United States District Judge