Benjimin M. Brees, Esq. (CSB #148020)
Law Offices of Benjimin Michael Brees
3033 5th Avenue, Suite 201
San Diego, CA 92103
Tel: (619) 236-8355 | Fax: (619) 374-7056
Email: info@BenBreeslaw.com

Attorney for Plaintiff
JOEL RICHARDSON

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP 350
South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RICHARDSON,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., dba TESLA MOTORS, INC.; TESLA LEASE TRUST; TESLA FINANCE LLC; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00209-RFL<br><br>**JOINT STATUS REPORT**<br><br>**Judge:  Hon. Rita F. Lin** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to the Court's June 27, 2024 order, Plaintiff Joel Richardson and Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC hereby submit this joint report regarding the status of arbitration.

Plaintiff filed his arbitration demand with the American Arbitration Association (AAA) on October 11, 2024. The evidentiary hearing was previously set for November 10, 2025. However, factors outside the parties' control (and unrelated to the arbitration proceedings) necessitated the continuance of the evidentiary hearing. A conference to reset

the hearing date is set for next month.

Dated:  February 17, 2026           */s/ Benjimin M. Brees*
                                    BENJIMIN M. BREES
                                    Attorney for Plaintiff
                                    JOEL RICHARDSON

Dated:  February 17, 2026           */s/ David C. Marcus*
                                    David C. Marcus
                                    WILMER CUTLER PICKERING
                                       HALE AND DORR LLP
                                    Attorneys for Defendants
                                    TESLA, INC., TESLA LEASE TRUST,
                                    TESLA FINANCE LLC

**ATTORNEY ATTESTATION**

I, David C. Marcus, am the ECF User whose ID and password are being used to file the accompanying document. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: February 17, 2026         By:   */s/ David C. Marcus*
                                       David C. Marcus