Benjimin M. Brees, Esq. (CSB #148020
Law Offices of Benjimin Michael Brees
3033 5th Avenue, Suite 201
San Diego, CA 92103
Tel: (619) 236-8355 | Fax: (619) 374-7056
Email: info@BenBreeslaw.com

Attorney for Plaintiff
JOEL RICHARDSON

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOEL RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC,, dba TESLA MOTORS, INC.; TESLA LEASE TRUST; TESLA FINANCE LLC; and DOES 1-100, inclusive.<br><br>Defendants. | Case No. 3:24-cv-00209-RFL<br><br>**PLAINTIFF'S NOTICE OF VOLUNATRY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. Rita F. Lin |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joel Richardson hereby voluntarily dismisses this action in its entirety, **with prejudice**, as to all Defendants, including Tesla, Inc., dba Tesla Motors, Inc.; Tesla Lease Trust; Tesla Finance LLC; and DOES 1-100, inclusive.

At the June 27, 2024 hearing, after Plaintiff filed a non-opposition to Defendants' motion to compel arbitration and agreed to proceed in arbitration, the Court stayed this action pending arbitration and ordered the parties to file joint status reports (Dkt. 44). Plaintiff filed his

arbitration demand with the American Arbitration Association on October 11, 2024, and has since voluntarily dismissed that arbitration, as reported in the parties' Joint Status Report filed October 16, 2026 (Dkt. 56).

Defendants have not served an answer or a motion for summary judgment in this action. Dismissal is therefore proper by notice, without a court order, under Rule 41(a)(1)(A)(i). Each party shall bear its own attorneys' fees and costs.

Plaintiff respectfully requests that the Clerk of Court close the file.

Dated: October 29, 2026

Respectfully submitted,

LAW OFFICES OF BENJIMIN MICHAEL BREES

/s/ Benjimin M. Brees

BENJIMIN M. BREES
Attorney for Plaintiff
JOEL RICHARDSON